UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-22139-CIV-COOKE/TURNOFF

PORCELANAS FLORENCIA, S.A.,

    *Plaintiff*,

v.

CARIBBEAN RESORT SUPPLIERS, INC., *et al.*,

    *Defendants*.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter was referred to the Honorable William C. Turnoff, United States Magistrate Judge, for a Report and Recommendation on the Plaintiff's Motion for Attorney Fees and Costs [D.E. 67]. Judge Turnoff reviewed the Motion for Attorney Fees and Costs and recommended that fees in the amount of $102,681.50 be awarded against Defendants Caribbean Resort Suppliers, Inc. and Elio Martinez [D.E. 77], which reduced Plaintiff's request by $11,182.50. Judge Turnoff granted-in-part and denied-in-part Plaintiff's request for costs, recommending the taxation of costs against Defendants in the sum of $1,516.09. No objections were filed as to this Report and Recommendation.

Therefore, I **ORDER AND ADJUDGE** as follows:

1. The Honorable William C. Turnoff's Report and Recommendation is **AFFIRMED AND ADOPTED**.

2. Plaintiff's request for attorney's fees is **GRANTED** in the amount of **$102, 681.50**

3. Plaintiff's request for costs is **GRANTED-IN-PART** and **DENIED-IN-PART** for a total cost award in the amount of **$1,516.09**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of May 2009.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Ted E. Bandstra*
*All Counsel of Record*

Caribbean Resort Suppliers, Inc., *pro se*
P.O. Box 65-0428
Miami, FL 33265

Elio Martinez, *pro se*
3505 S.W. 130th Avenue
Miami, FL 33175